# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:07cv321

| | |
|---|---|
| NIKI SCHMITT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| SSC STATESVILLE BRIAN CENTER ) | |
| OPERATING COMPANY, LLC, d/b/a ) | |
| THE BRIAN CENTER (STATESVILLE) ) | |
| ) | |
| Defendant. ) | |
| _____) | |

For good cause shown and with the consent of Defendant, it is hereby **ORDERED** that Defendant shall have up to and including **February 25, 2008** to answer or otherwise respond to Defendant's Motion to Stay Litigation and Compel Arbitration.

IT IS SO ORDERED.

Signed: February 6, 2008

Graham C. Mullen
United States District Judge