IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:07-cv-321

| | |
|---|---|
| NIKI SCHMITT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SSC STATESVILLE BRIAN CENTER | ) |
| OPERATING COMPANY LLC d/b/a | ) |
| THE BRIAN CENTER (STATESVILLE), | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**ORDER GRANTING SSC STATESVILLE BRIAN CENTER OPERATING COMPANY LLC'S MOTION FOR AN INTERIM STAY OF THE PROCEEDINGS PURSUANT TO N.C. GEN STAT. Gen. Stat. § 1-569.7(f) (2007)**

IN CONSIDERATION of the Motion for an Interim Stay of Proceedings Pursuant to N.C. Gen. Stat. § 1-569.7(f) (2007) filed by Defendant SSC Statesville Brian Center Operating Company LLC d/b/a The Brian Center (Statesville) ("SSC Statesville") and its supporting memorandum, it is hereby

ORDERED that the Motion is GRANTED and all proceedings in this matter, including discovery, are stayed until the Court makes a final decision regarding SSC Statesville's Motion to Stay the Litigation and to Compel Arbitration Pursuant to the Federal Arbitration Act and the North Carolina Revised Uniform Arbitration Act, and, Alternatively, Motion to Dismiss (9 U.S.C. § 1, *et seq.* (2007); N.C. Gen. Stat. § 1-569.1, *et seq.* (2007); Fed. R. Civ. P. 12(b)(1) (2007))..

Signed: March 17, 2008

Graham C. Mullen
United States District Judge