FILED
CHARLOTTE, NC
MAY 27 2008
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT
OF NORTH CAROLINA
CERTIFICATION OF ADR SESSION

Niki Schmit,
    Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No: 3:07CV00321 GCM

SSC Statesville Brian Center Operating Co., LLC,
    Defendant.

Instructions: This certificate shall be filed by the mediator or by the plaintiff, and served upon all parties upon completion of the ADR process.

**I hereby report that the parties did not hold a mediation session because the parties informed the mediator that the case is being submitted to arbitration.**

The ADR session was:

____ Mediation Session

____ Early Neutral Evaluation Session

____ Settlement Officer

____ Other (Describe type of session). _____

The following individuals, parties, corporate representatives, and or claims professionals attended and were available to participate in the session, and the appropriate individuals possessed the requisite settlement authority:

____ All individual parties and their counsel.

____ Designated corporate representatives

____ Required claims professionals were available by telephone

____ Other (Describe). _____

The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or failed to participate as ordered:

_____

_____

The outcome of the ADR session was:

___ The case has been completely settled. Counsel will promptly notify the Court of settlement by the filing of a stipulation of dismissal signed by the parties.

___ The case has been partially resolved. Counsel will file a joint stipulation regarding those claims which have been resolved within ten (10) days of the filing of this report. The report shall also contain a brief summary of the issues which remain for the Court to resolve.

___ The parties have reached an impasse.

I certify that the above is a true and accurate report of the ADR process and that all parties have received a copy of this report.

M. Ann Anderson             May 14, 2008
Mediator


_____
M. Ann Anderson
Attorney at Law
Mediator
State Bar No. 9677
PO Box 93
Pilot Mountain, NC 27041
336-368-9621